ACCEPTED
03-13-00526-CV
5030936
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 4:55:22 PM
JEFFREY D. KYLE
CLERK

# NO. 03-13-00526-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 4:55:22 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# THIRD COURT OF APPEALS DISTRICT

_____

**PHARMSERV, INC. ,** *Appellant*

**V.**

**THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION and OFFICE OF INSPECTOR GENERAL OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,** *ET AL, Appellees*

_____

**On Appeal from the 261st Judicial District Court of Travis County, Texas**

**Cause No. D-1-GN 12-001074-CV**

_____

# MOTION FOR EXTENSION OF TIME

# TO FILE MOTION FOR REHEARING

# OR, MOTION FOR EN BANC RECONSIDERATION

_____

Respectfully Submitted:
Jeff Avant
AVANT & MITCHELL, L. P.
700 Lavaca, Suite 1400
Austin, Texas  78701
Phone: (512) 478-5757
Facsimile: (512) 478-5404
E-mail: avantlaw@swbell.net

Hugh M. Barton
Hugh M. Barton, P.C.
603 West 13th St, Ste 1B
Austin, TX 78701
Telephone (512) 499-0793
Facsimile (512) 727-6717
E-mail: bartonlaw@yahoo.com

1

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, Pharmserv, Inc. presents this Motion for an Extension of Time to File Appellant's Motion for Rehearing or *En Banc* Reconsideration as permitted by Texas Rules of Appellate Procedure (TRAP) 49.8 and 10.5(b). As grounds for this motion, Appellant/Movant would respectfully show the Court the following:

A. Appellant's Motion for Rehearing or Motion for *En Banc* Reconsideration is due to be filed by today, April 24, 2015. The deadline for a request for this extension of time per TRAP 49.8 is within 15 days thereafter or May 9, 2015.

B. Appellant requests an extension of time to file its reply brief until Friday, May 8, 2015, which is 14 days after the current due date of April 24, 2015 .

C. Appellant needs an extension of time to file its reply brief because previously scheduled travel, compounded with the need to evaluate significant developments on related law, has resulted in an unanticipated time crunch and need for Appellant's Counsel to re-evaluate necessity for and content of any motion for rehearing or motion for en banc consideration. More specifically:

(1) Counsel for Appellant, in addition to routine duties, was scheduled for business related travel on April 15, 2015 through April 21, 2015.

(2) Counsel for Appellant has noted passage of Senate Bill 207 on April 22, 2015. Section 9 and Section 16 of that legislation appear to be directly related to issues which would form the basis of any further appeal of this matter. Passage of SB 207 Sections 9 and 16 may also affect the possibility of amicable resolution and voluntary dismissal.

D.     This is Appellant's first request for extension of time to file a motion for rehearing or motion for en banc consideration.

E.     Movant attempted to reach counsel for Appellee by telephone and email to determine whether there would be agreement or opposition to this motion, but learned that Appellees' counsel is out of the office until April 27, 2015.

THEREFORE, Appellant respectfully requests that the Court grant an extension until Friday, May 8, 2015.

Respectfully Submitted

*Jeff Avant*

Jeff Avant *(signed digitally)*

AVANT & MITCHELL, L. P.
700 Lavaca, Suite 1400
Austin, Texas  78701
Phone: (512) 478-5757
Facsimile: (512) 478-5404
E-mail: avantlaw@swbell.net

3

Hugh M. Barton
Hugh M. Barton, P.C.
603 West 13th St, Ste 1B
Austin, TX 78701
Telephone (512) 499-0793
Facsimile (512) 727-6717
E-mail: bartonlaw@yahoo.com

## Certificate Of Attempted Conference And Certificate Of Service

By my signature below I certify that on this 24th day of April, 2015, two telephone calls were made and an email was sent and response received indicating that opposing counsel was not available for conference. I further certify that a true and correct copy of the above and foregoing document was served on opposing counsel today by email and/or electronic filing:

*Jeff Avant*

Jeff Avant *(signed digitally)*